UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

OVIDIO OCHOA,

                Defendant.

**ORDER**

18 Cr. 37 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Bureau of Prisons, Metropolitan Correctional Center ("MCC"), is hereby ORDERED to provide Defendant Ovidio Ochoa (Register No. 86074-054) with appropriate eyeglasses and a hearing aid. The U.S. Attorney's Office is directed to deliver this Order to the appropriate personnel at the MCC.

Dated: New York, New York
      November 8, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge