Case 1:18-cr-00037-PGG   Document 165   Filed 10/28/20   Page 1 of 1

# DAWN M. FLORIO LAW FIRM, PLLC
### Attorney & Counselors at Law
488 Madison Avenue
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

October 28, 2020

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED:
The Application is granted. Ms. Florio is directed to file her declaration by November 12, 2020. The Government is directed to file its response by December 12, 2020.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: November 10, 2020

RE: *United States v. Ovidio Ochoa*
S4 18 Cr .37(PGG)

Hon. Paul G. Gardephe;

    I, Dawn M. Florio, attorney at law, represented Ovidio Ochoa on the above instant matter. I am requesting at least 2 weeks to file an affidavit for habeas action which was pursuant to your Honor's August 25th Order (DKT# 159 on the criminal docket) to responds to Defendant's waiver that was filed. The reason for this adjournment request is that I assumed the ECF was for the appellate attorney and not for myself.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

*Dawn M. Florio*

Dawn M. Florio, Esq.

CC: AUSA Tara LaMorte (ECF)
       AUSA Kiersten Fletcher (ECF)