UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

OVIDIO OCHOA,

              Defendant.

**ORDER**

18 Cr. 37 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      This Court received in hardcopy Defendant's letter motion for early termination of supervised release, dated January 30, 2023. (Dkt. No. 212) Though the letter is on attorney B. Alan Seidler's letterhead, it was not filed on ECF, and the packaging indicated it was mailed by Defendant Ochoa personally.

      Accordingly, attorney Seidler is directed to file a letter by **March 13, 2023** explaining whether he is representing Defendant Ochoa with respect to this letter motion.

Dated: New York, New York
       March 6, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge