UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

OVIDIO OCHOA,

                  Defendant.

**ORDER**

18 Cr. 37 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government will file its response to Defendant Ochoa's motion for early termination of supervised release (Dkt. No. 212) by **March 27, 2023**.

Dated: New York, New York
       March 21, 2023

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge